**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JOSHUA EUGENE ROBINSON,**

      **Petitioner,**

**v.**                                               **Case No.: 3:11cv367/MCR/MD**

**MICHAEL D. CREWS,**

      **Respondent.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 31, 2013 (doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Respondent's motion to dismiss (doc. 24) is GRANTED.

3.      The petition for writ of habeas corpus (doc. 1), challenging the conviction and sentence in _State of Florida v. Joshua Eugene Robinson_ in the Circuit Court for Escambia County, Florida, Case No. 04-2690 is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the file.

4.      A certificate of appealability is DENIED.

**DONE AND ORDERED** this 11th day of March, 2013.

s/ _M. Casey Rodgers_
_____

**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**